No. 441. ELECTRIC STORAGE BATTERY CO. v. SHIMADZU ET AL. June 5, 1939. Motion of the respondents for leave to file a second petition for modification of the decision and judgment of this Court and for recall and modification of its mandate granted. The opinion is amended by

striking out of the second full paragraph on page 12, in the first line, the word "that" and the words "is invalid," and inserting, after the word "decision," the words "as to." In other respects the petition is denied.

Reported as amended, *ante*, p. 5; see also, *ante*, p. 613.